JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
DONNA WADE ANDERSON, SBN PA 46355
Special Assistant United States Attorney

    333 Market St., Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Parvin Norovzian, | ‖ | Case No.3:03-cv-05496 CRB |
| | ‖ | |
| Plaintiff, | ‖ | [~~PROPOSED~~] ORDER |
| | ‖ | |
| v. | ‖ | |
| | ‖ | |
| MICHAEL J. ASTRUE, | ‖ | |
| Commissioner of Social Security, | ‖ | |
| | ‖ | |
| Defendant. | ‖ | |
| _____ | ‖ | |

    Plaintiff filed this action pursuant to 42 U.S.C. § 405(g) of the Social Security Act for judicial review of a final decision of the Commissioner of Social Security, denying his application for benefits. On June 15, 2004, this Court entered an order remanding this case pursuant to 42 U.S.C. § 405(g), sentence six for further administrative proceedings to consider new and material evidence. On remand, in a

1

1 decision dated October 14, 2004, the Commissioner issued a fully favorable
2 decision awarding Plaintiff benefits.
3     The Court orders as follows:
4     IT IS ORDERED that Judgment is hereby entered in favor of Plaintiff,
5 affirming the October 14, 2004, post-remand, final decision of the Commissioner of
6 Social Security.

10 Dated:__May 26, 2011_____    _____
11                                         THE HONORABLE CHARLES R. BREYER
12                                         United S...



2